STATE OF NEW JERSEY v.
TOWNSHIP OF SOUTH HACKENSACK.

January 16, 1974. Petition for certification granted.

RALPH PEABODY v. BOROUGH OF KEANSBURG.

January 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. LEE W. LEVERETTE.

January 16, 1974. Petition for certification granted.

STATE OF NEW JERSEY v. ROBERT LEE SIGLER.

January 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. TYRONE TORRY JASPER.

January 16, 1974. Petition for certification denied.

SHURBIE D. GLASPER v.
NEW JERSEY STATE PAROLE BOARD.

January 16, 1974. Petition for certification denied.